Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–16850–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ashok Patel
434 Spotswood Englishtown Road
Monroe Township, NJ 08831

Anita Patel
434 Spotswood Englishtown Road
Monroe Township, NJ 08831

Social Security No.:
  xxx–xx–3194                                      xxx–xx–7543

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 8, 2016

Michael B. Kaplan
Judge, United States Bankruptcy Court